**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Janette Ruby TELLEZ–LOPEZ,**
**Defendant—Appellant.**

**No. 10–50241.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 27, 2011.

George Manahan, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Lynn Howard Ball, Law Office of Lynn H. Ball, San Diego, CA, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Janette Ruby Tellez–Lopez appeals from the 62–month sentence imposed following her guilty-plea conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Tellez–Lopez contends that the district court procedurally erred by failing to ad-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

dress her non-frivolous argument for a downward departure or variance based on cultural assimilation and her difficulty adjusting to life in Mexico. This contention lacks merit as the record reflects that the district court considered Tellez–Lopez's arguments and deviated downward from the Guidelines range based on her specific circumstances. *See United States v. Dallman,* 533 F.3d 755, 761 (9th Cir.2008) (defining plain error).

**AFFIRMED.**